# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | | |
|---|---|---|
| In the Matter of | Case Number: | FILED: JULY 24, 2008 |
| ROBERT MORRIS COLLEGE (Plaintiff) v. ROBERT MORRIS UNIVERSITY (Defendant) | | 08CV4196<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE SCHENKIER<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Robert Morris College, Plaintiff

---

NAME (Type or print)
Michelle C. Burke

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
        s/Michelle C. Burke

FIRM    McDermott Will & Emery LLP

STREET ADDRESS    227 West Monroe

CITY/STATE/ZIP    Chicago, IL 60606

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    6185169    TELEPHONE NUMBER    312.372.2000

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL