**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>ROBERT MORRIS COLLEGE (Plaintiff) v. ROBERT MORRIS UNIVERSITY (Defendant) | Case Number: FILED: JULY 24, 2008<br>08CV4196<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE SCHENKIER<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Robert Morris College, Plaintiff

---

NAME (Type or print)
Kenneth J. Jurek

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
        s/Kenneth J. Jurek

FIRM    McDermott Will & Emery LLP

STREET ADDRESS  227 West Monroe

CITY/STATE/ZIP   Chicago, IL 60606

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   1375563 | TELEPHONE NUMBER  312.372.2000 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL