IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT MORRIS COLLEGE<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MORRIS UNIVERSITY<br>                      Defendant. | FILED: JULY 24, 2008<br>08CV4196<br>CIV. No. JUDGE CASTILLO<br><br>MAGISTRATE JUDGE SCHENKIER<br>EDA<br>**JURY TRIAL DEMANDED** |

**PLAINTIFF ROBERT MORRIS COLLEGE'S DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1 AND LR3.2**

Pursuant to Fed. R. Civ. P. 7.1 and LR3.2 of the U.S. District Court for the Northern District of Illinois, Plaintiff, Robert Morris College, through its counsel, states:

1. Robert Morris College is a non-governmental entity and has no publicly held affiliates.

2. Robert Morris College is a not-for-profit, 501-C3 corporation organized and existing under the laws of the state of Illinois.

3. There are no corporate members of Robert Morris College.

Dated: July 24, 2008

Respectfully submitted,

ROBERT MORRIS COLLEGE

By:  s/Michelle C. Burke
     Michelle C. Burke
     McDermott Will & Emery LLP
     227 West Monroe Street, Suite 4400
     Chicago, Illinois 60606-5096
     (312) 372-2000
     *Attorneys for Plaintiff, Robert Morris College*