## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4196                    Assigned/Issued By: j. n.

Judge Name: castillo                     Designated Magistrate Judge: schenkier

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
               [ ] IFP       [ ] No Fee   [ ] Other _____
               [ ] $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                           Receipt #: 2961864

Date Payment Rec'd: 7-24-08                Fiscal Clerk: j. n.

---

### ISSUANCES

[✓] Summons                                [ ] Alias Summons
[ ] Third Party Summons                    [ ] Lis Pendens
[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
                                           *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets            [ ] Other
[ ] Writ _____              _____
    *(Type of Writ)*                       _____
                                           *(Type of issuance)*

1 Original and 0 copies on 7-24-08 as to defendant
                    *(Date)*